No. 674. PRESTON ET AL. *v.* UNITED STATES TRUST CO. OF NEW YORK ET AL., TRUSTEES, ET AL. C. A. 2d Cir. Certiorari denied. *C. Dickerman Williams* for petitioners. *Louis L. Stanton, Jr.,* and *Stanley F. Reed, Jr.,* for United States Trust Co. of New York et al., and *Standish F. Medina* for Hutchings et al., respondents.

No. 677. POPROWSKI *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied. *Robert Gerard Tardif* for petitioner. *Solicitor General Griswold* for respondent.

No. 678. FLAMBEAU PLASTICS CORP. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied. *Walter S. Davis* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for National Labor Relations Board, and *David Previant* for Local No. 380, International Union, Allied Industrial Workers of America, AFL–CIO, respondents.

No. 679. IN RE SHAVIN. Sup. Ct. Ill. Certiorari denied. *George D. Crowley* for petitioner. *John Cadwalader Menk* for Commissioners of the Supreme Court of Illinois in opposition to the petition.

No. 688. UNITED STEELWORKERS OF AMERICA *v.* CCI CORP. C. A. 10th Cir. Certiorari denied. *Elliot Bredhoff, Michael H. Gottesman, George H. Cohen, Chris Dixie,* and *Bernard Kleiman* for petitioner. *Carl D. Hall, Jr.,* for respondent.